412 A.2d 881

**In re ADOPTION of C. L. P., a minor child.**

**Appeal of J. M. C.**

Supreme Court of Pennsylvania.

Argued March 4, 1980.

Decided April 10, 1980.

David A. McVey, Stevens, Clark, Laubach & Semple, Pittsburgh, for appellant.

Robert C. Hillen, Pittsburgh, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

OPINION

PER CURIAM:

Decree affirmed.   Each party to pay own costs.